## SMITH HILLIARD *v.* PHILIP DEAN AND MERRITT DEAN.

This was an action in trespass for the taking of a part of the same lumber involved in the preceding case of *Smith Hilliard v. Philip Dean and Lucia Dean*, and the facts in the two cases are identical. Heard below upon a referee's report at the June term, 1889, Bennington county, Tyler, J., presiding.

Judgment for the plaintiff. Exceptions by the defendants.

*Batchelder & Barber*, for the defendants.

*Martin & Archibald*, for the plaintiff.

The opinion of the court was delivered by

START, J. This case was argued with that of *Smith Hilliard* v. *Philip Dean* and *Lucia Dean*, involving the same questions; and, for reasons given in the opinion in that case, the judgment of the County Court should be reversed.

*Judgment reversed and judgment for the defendants.*